UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In re:                                              | CHAPTER 7              |
|-----------------------------------------------------|-----------------------|
| Lewis B. Rosenberg and Paula R. Rosenberg,          | CASE NO. 10-31150-HJB |
| Debtors.                                            |                       |

**Order Granting U.S. Bank, N.A. Relief
From The Automatic Stay And Leave To Foreclose Mortgage**

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank, N.A., its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Lewis B. Rosenberg and Paula R. Rosenberg to Mortgage Electronic Registration Systems, Inc., dated April 20, 2007 and recorded with the Berkshire County (Southern District) Registry of Deeds at Book 1764, Page 333, which covers the premises located at 131 Monument Valley Road, Great Barrington, MA 01230, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____  09/17/2010
Honorable Henry J. Boroff
United States Bankruptcy Judge

201008-2310

5